THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Clord Harrell, Appellant.
 
 
 
 
 

Appeal From Horry County
Kristi Lee Harrington, Circuit Court Judge

Unpublished Opinion No. 2009-UP-531
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor John Gregory Hembree, of Conway,
 for Respondent.
 
 
 

PER CURIAM: Clord Harrell appeals his guilty plea to
 criminal domestic violence.  On appeal,
 Harrell argues his guilty plea failed to comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record, counsel's brief, and Harrell's pro se brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Harrell's appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.